UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34105
  GRANT ROBBIN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6348

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/26/2005 and was confirmed 10/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 07/11/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 152.83 | .00 | 152.83 |
| MERVYN J WEIS MD | UNSECURED | 394.52 | .00 | 394.52 |
| MARK FERDINAND | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 607.53 | .00 | 607.53 |
| CITY OF CHICAGO PARKING | UNSECURED | 1260.00 | .00 | 1260.00 |
| CITY OF CHICAGO PARKING | NOTICE ONLY | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 1,894.00 | | 1,894.00 |
| TOM VAUGHN | TRUSTEE | | | 222.14 |
| DEBTOR REFUND | REFUND | | | 198.98 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,730.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 2,414.88 |
| ADMINISTRATIVE | | 1,894.00 |
| TRUSTEE COMPENSATION | | 222.14 |
| DEBTOR REFUND | | 198.98 |
| | --------------- | --------------- |
| TOTALS | 4,730.00 | 4,730.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/25/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 05 B 34105 GRANT ROBBIN